_____

No. 96-2356
_____

Herbert Clinton McKnight,        *
                                  *
        Appellant,           *
                                  *
      v.                    *      Appeal from the United States
                                  *      District Court for the
Missouri Division of Family     *      Eastern District of Missouri.
Services; Frances Johnson;      *         [UNPUBLISHED]
Beverly Long; Linda Russell;    *
Tina Thompson,                *
                                  *
        Appellees.           *


_____

Submitted: December 26, 1996

Filed: January 2, 1997
_____

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.
_____


PER CURIAM.


Herbert Clinton McKnight appeals the district court's[1] adverse grant of summary judgment on his age-based discriminatory transfer and failure-to-hire claims. The district court concluded that McKnight failed to establish a prima facie discriminatory transfer case because he failed to show that the transfer was an adverse employment action, and that, although McKnight did establish a prima facie failure-to-hire case, his claim failed because he failed to show that his employer's proffered reason was pretextual. Having carefully reviewed the record, the parties' briefs, and the

_____

[1]The Honorable Lawrence O. Davis, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

parties' submissions, we conclude that the judgment was correct. Accordingly, the judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.